FILED
RICHARD W. NAGEL
CLERK OF COURT
5/12/22

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE NORIEGA-RODRIGUEZ,<br><br>Defendant. | CASE NO.   3:22-mj-49<br><br>JUDGE   Michael J. Newman<br><br>INFORMATION<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)]**

On December 21, 2021, in the Southern District of Ohio, **JOSE NORIEGA-RODRIGUEZ** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

KENNETH L. PARKER
UNITED STATES ATTORNEY


s/ Christina Mahy
**CHRISTINA MAHY (0092671)**
**Assistant United States Attorney**