UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE NORIEGA-RODRIGUEZ,

    Defendant.

Case No. 3:22-cr-49

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 36)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Jose Noriega-Rodriguez's guilty plea. Doc. No. 36. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant Noriega-Rodriguez's plea of guilty as charged in the information, which charges him with possession with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(A)(vi). *Id*.; *see* Doc. No. 29. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **September 8, 2022 at 11:00 AM**.

    **IT IS SO ORDERED.**

June 21, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge