UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:22-cr-49

vs.

JOSE NORIEGA-RODRIGUEZ,          District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO AMEND THE JUDGMENT TO INCLUDE FORFEITURE (Doc. No. 51); AND (2) RE-AFFIRMING THE TERMINATION OF THE CASE ON THE COURT'S DOCKET**

---

This criminal case is before the Court upon the Government's motion to amend the judgment to include forfeiture of a 2015 Honda Accord, VIN: 1HGCR2F82FA001053 (Doc. No. 51), to which Defendant has not responded.  For good cause shown, the Government's motion is **GRANTED**.  An Amended Judgment will be docketed separately from this Order.  The case remains terminated on the Court's docket.

    **IT IS SO ORDERED.**

  January 26, 2023                                  s/*Michael J. Newman*
                                                                 Michael J. Newman
                                                                 United States District Judge

cc:     John Stengel, United States Marshal

          Laura M. Hiegel, United States Probation Officer